IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE DUNCAN MACDONALD FAMILY, *et al.*, | § § § § § |
| Plaintiff, | § § |
| v. | § § § Case No. 3:24-cv-01265-N-BT |
| U.S. DEP'T OF THE TREASURY, *et al.*, | § § § § |
| Defendants. | § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 2, 2024. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**, this 10th day of January, 2025.

_____
DAVID C. GODBEY
UNITED STATES CHIEF DISTRICT JUDGE